UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) |
| v. | ) CRIMINAL NO. 03CR 10387-DPW<br>) |
| EARL CHARLEY, JR. | ) VIOLATION:<br>)   18 U.S.C. §922(g)(1) –<br>)   Felon in Possession of<br>)   Firearm |

## INDICTMENT

**COUNT ONE**: (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm)

The Grand Jury charges that:

On or about September 28, 2003, at Boston, in the District of Massachusetts,

EARL CHARLEY, JR.,

defendant herein, having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Hi Point, Model C, 9 mm semi-automatic pistol bearing an obliterated serial number, in and affecting commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
CHRISTOPHER F. BATOR
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; December 17, 2003. @ 3:55 PM

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

%JS 45 (5/97) - (Revised USAO MA 3/25/02)

## Criminal Case Cover Sheet         U.S. District Court - District of Massachusetts

**Place of Offense:**     **Category No.** II     **Investigating Agency** ATF

**City** Boston     **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number  2003MO474-RBC
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Earl Charley, Jr.     Juvenile   ☐ Yes   ☒ No

**Alias Name** _____

**Address** 32 Bowdoin Avenue, Dorchester, MA 02122

**Birth date:** _____ **SS#:** _____ **Sex:** M **Race:** _____ **Nationality:** _____

**Defense Counsel if known:** Leo Sorokin     **Address:** Federal Defender Office
**Bar Number:** _____     408 Atlantic Avenue, Boston, MA

**U.S. Attorney Information:**

**AUSA** Christopher F. Bator     **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☒ No     **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ Warrant Requested     ☐ Regular Process     ☒ In Custody

**Location Status:**

**Arrest Date:** 11/26/03

☒ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:** ☐ Petty \_\_\_\_ ☐ Misdemeanor \_\_\_\_ ☒ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 12/17/03     **Signature of AUSA:** _(signature)_

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Earl Charley, Jr.

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. §922(g) | Felon In Possession of Firearm | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js45.wpd - 3/13/02