

U.S. Department of Justice

*Michael J. Sullivan*
United States Attorney
District of Massachusetts

---

*Main Reception: (617) 748-3100*

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

January 14, 2003

Leo T. Sorokin, Esq.
Federal Defender Office
408 Atlantic Avenue, Third Floor
Boston, MA 02110

    Re: <u>United States v. Earl Charley, Jr.</u>
        Cr. No. 03-10387-DPW

Dear Leo:

    As the government's automatic discovery, I enclose the attached documents and copies of the audio tapes (4) of the interviews with Earl Charley, Anthony Charley, Andrea Walker and Ciceley Langford.

    To the best of my knowledge, no promise, reward or inducement has been given to any witness whom the government anticipates calling in its case-in-chief. Also to the best of my knowledge, the defendant was not a subject of any investigative identification procedure used with a witness whom the government anticipates calling in its case-in-chief involving a line-up, show-up, photo spread or other display of an image of the defendant.

    Please telephone me to make arrangements to see the physical evidence in this case (the firearms, ammunition and drugs).

                                  Sincerely,

                                  MICHAEL J. SULLIVAN
                                  United States Attorney

                By: _____
                         CHRISTOPHER F. BATOR
                         Assistant U.S. Attorney

cc: Hon. Douglas P. Woodlock ✓
    (without attachments)