# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                      CRIMINAL NO. 2003-10387-DPW

EARL CHARLEY,
        Defendant.

## *ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

12.17/2003 - Indictment returned.

12/22/2003 - Arraignment

12/23/2003 - 1/20/2004 - Excluded as per L.R. 112.2(A)(2)

2/10/2004 - Conference held.

2/11 - 3/31/2004 - Excluded as per 18 U.S.C. § 3161(h)(1)(F).

Thus, as of March 31, 2004, TWENTY-FOUR (24) non-excludable days will have occurred leaving FORTY-SIX (46) days left to commence trial so as

to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

February 24, 2004.