UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V.                            )   CRIMINAL NO. 03-10387-DPW<br>)<br>EARL CHARLEY, JR.         ) | |

## FINAL STATUS REPORT

The parties file the following status report.

1. There are no discovery issues.

2. No additional discovery is anticipated.

3. The defendant does not intend to raise a defense of insanity or public authority.

4. The government has not requested notice of alibi.

5. The defendant may file motions requiring a ruling by the District Court before trial.

6. Plea discussions are ongoing.

7. The periods of excludable delay include:

   -- 11/26/03 through 02/10/04 while detention/bail motions were pending;

   -- 02/10/04 through 03/31/04 by agreement of the parties.

Respectfully submitted,

Earl Charley, Jr.                          MICHAEL J. SULLIVAN
by his counsel,                            United States Attorney

                                    By: _____
Leo Sorokin, Esq.                          CHRISTOPHER F. BATOR
Federal Defender Office                    Assistant U.S. Attorney
408 Atlantic Avenue, 3rd Floor
Boston, MA 02110