UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    v.                                         CRIMINAL NO.
                                                03-10387-DPW
EARL CHARLEY, JR.

### NOTICE OF SCHEDULING PRETRIAL CONFERENCE

WOODLOCK, District Judge

Take notice that the above-entitled case has been scheduled for a Status Conference/Initial Pretrial Conference pursuant to Local Rule 117.1, **ON APRIL 15, 2004 AT 2:30 P.M.**, in Courtroom #1 on the 3RD floor before the Honorable Douglas P. Woodlock.

By **APRIL 12, 2004**, the parties shall, **ELECTRONICALLY,** file a Status report indicating the current status of the case, including 1) proposed trial dates, suppression hearing dates, or Rule 11 dates; 2) whether there are any pending or contemplated motions; 3) whether all or any portion of the case will be resolved short of trial; 4) whether any defendant requests an interpreter (and state the language requested), 5) whether any defendant is in federal or state custody or on release, and 6) whether any defendant is a fugitive, and 7) any other matters which should be addressed at the conference.

                                          BY THE COURT,

                                          /s Rebecca Greenberg
                                            Deputy Clerk

DATED: April 2, 2004