# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                  CRIMINAL NO. 2003-10387-DPW

EARL CHARLEY, JR.,
       Defendant.

## *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

    The Court orders the following period of time excludable from the time period within which trial must commence:

    4/2/2004 - Conference held.

    4/3 - 5/3/2004 - Excluded as per 18 U.S.C. § 3161(h)(1)(F).

    Thus, as of May 3, 2004, TWENTY-FIVE (25) non-excludable days have occurred leaving FORTY-FIVE (45) days left to commence trial so as to be within the seventy-day period for trial set by statute.

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

April 2, 2004.