UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA        )
                                )
            v.                  )     CRIMINAL NO. 03-10387-DPW
                                )
EARL CHARLEY, JR.               )

<u>DEFENDANT'S MOTION TO CONTINUE</u>

Defendant, Earl Charley, Jr., respectfully moves that this Court continue the date for filing his Motion to Suppress from June 3rd to June 10.  As grounds, counsel states he requires the additional time to obtain a document from the City of Boston that was previously requested.  The continuance will not require a change in the date already scheduled by the Court for the evidentiary hearing on the Motion to Suppress, July 14th, and AUSA Bator has assented on behalf of the Government.  Previously, the Court excluded all of time up to the date of the Motion Hearing.

                        EARL CHARLEY
                        By his attorney,


                        /s/ Leo T. Sorokin
                           B.B.O. #559702
                        Federal Defender Office
                        408 Atlantic Avenue, 3rd Floor
                        Boston, MA 02110
                        Tel: 617-223-8061

<u>CERTIFICATE OF SERVICE</u>

I, Leo Sorokin, hereby certify that a true copy of the above document was served on Assistant U.S. Attorney Chris Bator on June 3, 2004.

Leo Sorokin