# EXHIBIT A

# BOSTON POLICE
# INCIDENT REPORT

ORIGINAL ☒    SUPPLEMENTARY ☐

| KEY SITUATIONS DRUGS | | COMPLAINT NO 030524265 | REPORT DIST. B2 | CLEARANCE DIST |
|---|---|---|---|---|
| TYPE OF INCIDENT FIREARM, CARRYING | CRIME CODE 0 | STATUS | DATE OF OCCUR: A.09/28/03 | B. |
| LOCATION OF INCIDENT TREMONT ST , S WHITNEY ST | | APT. | DISPATCH TIME 02:04 AM | TIME OF OCCUR. A.02:04 AM | B. |

| VICTIM-COMP. (LAST, FIRST, MI) COMMONWEALTH OF MASSACHUSETTS | PHONE (617)-343-4270 | SEX | RACE | | MARITAL STATUS |
|---|---|---|---|---|---|
| ADDRESS 135 DUDLEY ST,ROXBURY,MA,02119-0000 | APT. | OCCUPATION | | AGE 0 | D.O.B. |

| PERSON REPORTING POLICE OFFICER JON-MICHAEL S HARBER | ADDRESS 135 DUDLEY ST,ROXBURY,MA,02119-0000 | APT. | PHONE (617)-343-4270 |
|---|---|---|---|

WAS THERE A WITNESS TO THE CRIME ☒ A

| PERSON INTERVIEWED | AGE | LOCATION OF INTERVIEW | APT. | HOME ADDRESS | APT. | TELEPHONE | | |
|---|---|---|---|---|---|---|---|---|
| SGT. BAILEY | 0 | ON-SCENE | | 135 DUDLEY ST,ROXBURY,MA,02119-0000 | | (617)-343-4270 (617)-343-4270 | RES BUS | |
| DET. S. OBRIEN | 0 | ON-SCENE | | 1165 BLUE HILL AVE,MATTAPAN,MA,00000-0000 | | (617)-343-5600 (617)-343-5600 | RES BUS | |
| P.O. GATELY | 0 | ON-SCENE | | 135 DUDLEY ST,ROXBURY,MA,02119-0000 | | (617)-343-4270 (617)-343-4270 | RES BUS | |
| P.O. CANTO | 0 | ON-SCENE | | 135 DUDLEY ST,ROXBURY,MA,02119-0000 | | (617)-343-4270 (617)-343-4270 | RES BUS | |
| P.O. BOWDEN | 0 | ON-SCENE | | 135 DUDLEY ST,ROXBURY,MA,02119-0000 | | (617)-343-4270 (617)-343-4270 | RES BUS | |
| P.O. B. MAHONEY | 0 | ON-SCENE | | 135 DUDLEY ST,ROXBURY,MA,02119-0000 | | (617)-343-4270 (617)-343-4270 | RES BUS | |

NUMBER OF PERPETRATORS : 1 — CAN SUSPECT BE IDENTIFIED AT THIS TIME ☒ B

| STATUS ARRESTED | NAME (LAST, FIRST, MI) CHARLEY,EARL | | S.S.NO. 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 | BOOKING NO. 20030346302 | PHOTO NO. | ALIAS |
|---|---|---|---|---|---|---|
| WARRANT NO. | ADDRESS 32 BOWDOIN AV,DORCHESTER,MA,02121-0000 | SEX MALE | RACE BLACK NON-HISPANIC | | AGE 39 | HEIGHT 5-09 | DOB 11/10/1963 |
| SPECIAL CHARACTERISTICS(INCLUDING CLOTHING) | | WEIGHT 210 | BUILD MEDIUM | HAIR BLACK | EYES BROWN |

CAN SUSPECT VEHICLE BE DESCRIBED ☒ C

| STATUS TOWED | REG. STATE MA | REG. NO. 6778YM | PLATE TYPE | YEAR(EXP) 2005 | MODEL OPTIMA |
|---|---|---|---|---|---|
| VEHICLE MAKE YEAR KIA - 2003 | VEHICLE NO. KNAGD126X35238842 | | STYLE SEDAN | COLOR(TOP-BOTTOM) GREY - GREY | |
| OPERATOR'S NAME CHARLEY,EARL | | LICENSE NO. 010587553 | STATE MA | OPERATOR'S ADDRESS 32 BOWDOIN AVE,DORCHESTER,MA,02122-0000 | |
| OWNERS'S NAME CHARLEY,EARL | | | OWNERS'S ADDRESS 32 BOWDOIN AVE,DORCHESTER,MA,02122-0000 | |

CAN PROPERTY BE IDENTIFIED ☒ D

| STATUS | TYPE OF PROPERTY | SERIAL OR I-DENTI-GUARD NO. | BRAND NAME-DESCRIPTION | MODEL | VALUE | UCR |
|---|---|---|---|---|---|---|
| RECOVERED SEIZED TURNED IN AS EVIDENCE | DRUG / NARCOTICS | | MARIJUANA - 8 CLEAR PLASTIC BAGS OF A GREEN VEGETABLE MATTER | | | |
| TURNED IN AS EVIDENCE | FIREARMS | REMOVED | HI-POINT FIREARMS - BLACK SEMI-AUTOMATIC PISTOL | MODEL C 9MM | | |
| RECOVERED SEIZED TURNED IN AS EVIDENCE | FIREARMS | | - 8 BRASS ROUNDS | 9 MM | | |
| RECOVERED SEIZED TURNED IN AS EVIDENCE | PERSONAL PAPERS | | - 1 PIECE OF U.S. MAIL | | | |

IS THERE A SIGNIFICANT M.O   E

| TYPE OF WEAPON-TOOL | NEIGHBORHOOD | | TYPE OF BUILDING | | PLACE OF ENTRY | | |
|---|---|---|---|---|---|---|---|
| HANDGUN | COMMERCIAL & RESIDENTIAL | | N/A | | N/A | | YES NO ☒ ☐ |

| M O | WEATHER | LIGHTING | TRANSPORTATION OF SUSPECT | VICTIM'S ACTIVITY | | |
|---|---|---|---|---|---|---|
| | CLEAR | ARTIFICIAL | CAR | N/A | | |

| UNUSUAL ACTIONS AND STATEMENTS OF PERPETRATOR | RELATIONSHIP TO VICTIM |
|---|---|
| | N/A |

| | F |
|---|---|
| IS THERE ANY PHYSICAL EVIDENCE (DESCRIPTION AND DISPOSITION IN NARRATIVE) | YES NO ☒ ☐ |
| IS THERE ANY OTHER REASON FOR INVESTIGATION (REASON BELOW) | G ☒ ☐ YES NO |

| BLOCK NO. | NARRATIVE AND ADDITIONAL INFORMATION | |
|---|---|---|

ABOUT 2:00 AM ON SUNDAY, OFFICERS HARBER AND GATELY, ASSIGNED TO THE BK02A ANTI-CRIME UNIT WERE SPEAKING TO DET. STEVEN O'BRIEN WHO STATED HE OBSERVED MR. EARL CHARLEY AND MR. ANTHONY CHARLEY ON THE CORNER OF WAIT ST. AND HUNTINGTON AVE. DET O'BRIEN KNEW MR. EARL CHARLEY AND MR. ANTHONY CHARLEY FROM BEING PREVIOUSLY ARRESTED FOR A SHOOTING AT A BAR IN THE GROVE HALL NEIGHBORHOOD. OFFICERS THEN OBSERVED MR. EARL CHARLEY AND MR. ANTHONY CHARLEY, WHILE ACCOMPANIED BY TWO FEMALES LATER IDENTIFIED AS MS. ANDREA WALKER AND MS. CICELY LANGFORD, ENTER A GREY KIA OPTIMA, MA REG #6778YM WHICH WAS PARKED ACROSS THE STREET ON HUNTINGTON AVE FACING WAIT ST. OFFICERS THEN OBSERVED MA REG #6778YM MAKE AN ILLEGAL U-TURN ON HUNTINGTON AVE AND THEN DROVE ON HUNTINGTON AVE TOWARD TREMONT ST AWAY FROM THE OFFICERS LOCATION. OFFICERS FOLLOWED MA REG #6778YM AND STOPPED IT ON TREMONT ST BY S. WHITNEY ST. OFFICERS THEN APPROACHED MA REG #6778YM, WHICH WAS BEING OPERATED BY EARL CHARLEY. OFFICERS OBSERVED MS. ANDREA WALKER AS THE FRONT PASSENGER, MS. CICELY LANGFORD AS THE PASSENGER SIDE REAR SEAT PASSENGER, AND MR. ANTHONY CHARLEY AS THE DRIVERS SIDE REAR SEAT PASSENGER. OFFICER OBSERVED THAT NO-ONE WAS WEARING A SEATBELT EXCEPT MS. LANGFORD. AT THIS TIME SGT. BAILEY, ASSIGNED TO THE B904 UNIT, OFFICERS CANTO AND BOWDEN, ASSIGNED TO THE BG01A UNIT, AND OFFICER BRIAN MAHONEY, ASSIGNED TO THE MISSION HILL DETAIL RESPONDED. WHEN OFFICER GATELY ASKED MR. EARL CHARLEY FOR HIS LICENSE AND REGISTRATION, HE OBSERVED, THROUGH HIS TRAINING AND ON THE JOB EXPERIENCE, A STRONG PUNGENT ODOR EMANATING FROM THE DRIVER SIDE BELIEVED TO BE UNBURNED MARIJUANA. OFFICERS GATELY THEN ASKED MR. EARL CHARLEY TO EXIT THE VEHICLE. OFFICER GATELY THEN RECOVERED 8 CLEAR PLASTIC BAGS CONTAINING A GREEN VEGETABLE MANNER BELIEVED TO BE MARIJUANA IN THE CENTER CONSOL OF MA REG 6778YM. MR. EARL CHARLEY WAS THEN PLACED UNDER ARREST AND PLACED IN OFFICER MAHONEY'S MARKED POLICE VEHICLE BY OFFICERS HARBER AND MAHONEY. WHILE OFFICERS HARBER AND MAHONEY STANDING BY MR. EARL CHARLEY WHO WAS INSIDE THE POLICE VEHICLE, OFFICER HAD THE REST OF THE OCCUPANTS EXIT THE VEHICLE AND OFFICERS GATELY AND CANTO CONDUCTED A INVENTORY SEARCH. OFFICER CANTO THEN RECOVERED ON BLACK HI-POINT MODEL C 9MM SEMIAUTOMATIC HAND GUN AND ONE PIECE OF U.S. MAIL ADDRESSED TO MR. EARL CHARLEY INSIDE THE GLOVE BOX OF MA REG #6778YM. MR. EARL CHARLEY WAS THEN TRANSPORTED TO AREA B-3 TO BE BOOKED. MA REG #6778YM WAS TOWED BY ALWAYS OPEN TOWING, CLAIM NUMBER 250. FORM 2012 FILLED. TOW UNIT NOTIFIED OFFICER GATELY SPOKE TO GANNON. THE 9MM HAND GUN WAS SAFELY UNLOADED BY OFFICER CANTO WHICH REVEALED THAT THERE WERE 8 9MM ROUNDS OF AMMUNITION IN THE FIREARMS FEEDING DEVICE AND NO ROUND LOADED IN THE CHAMBER. OFFICERS OBSERVED THAT THE SERIAL NUMBER OF THE 9MM HANDGUN WAS COMPLETELY OBLITERATED. F.I.O. FORMS WERE FILED FOR MR. ANTHONY CHARLEY, MS. WALKER AND MS. LANGFORD WHO WERE THEN RELEASED. MR. EARL CHARLEY WAS ASKED AFTER HIS MIRANDA RIGHTS IF HE POSSESSED A LICENSE TO CARRY FIREARMS, WHICH HE REPLIED "NO". THE HI-POINT 9MM FIREARM AND 8 ROUNDS OF AMMUNITION WERE SEIZED AS EVIDENCE AND PLACED IN THE AREA B-2 GUN LOCKER TO BE FORWARDED TO THE BALLISTICS UNIT TO BE TESTED. THE MARIJUANA WAS SEIZED AS EVIDENCE, LOGGED INTO THE BPD DRUG CONTROL LOG BOOK NUMBER 102 PAGE NUMBER 784, AND PLACED INTO THE AREA B-2 DRUG SAFE TO BE FORWARDED TO THE DRUG LAB FOR ANALYSIS. THE PIECE OF U.S. MAIL ADDRESSED TO MR. EARL CHARLEY WAS SEIZED AS EVIDENCE AND PLACED IN THE AREA B-2 EVIDENCE ROOM. MASS UNIFORM CITATION NUMBER #K3962774 WAS ISSUED TO MR. EARL CHARLEY. THE LOCATION OF MR. EARL CHARLEY WAS ABOUT 800 FEET FROM THE TOBIN MIDDLE SCHOOL, A CITY OF BOSTON PUBLIC GRADE SCHOOL. MR. EARL CHARLEY WAS CHARGED WITH POSSESSION WITH INTENT TO DISTRIBUTE A CLASS "D" SUBSTANCE, POSSESSION WITH INTENT TO DISTRIBUTE A CLASS "D" SUBSTANCE WITHIN A SCHOOL ZONE, POSSESSION OF A FIREARM, POSSESSION OF AMMUNITION, AND POSSESSION OF A FIREARM WITH DEFACED SERIAL NUMBERS. FURTHER INVESTIGATION REVEALED THAT MR. EARL CHARLEY WAS FOUND GUILTY ON DOCKET NUMBER 9207JC0367 FOR POSSESSION OF CLASS "B" OUT OF DORCHESTER DISTRICT COURT ON 8/5/1992, GUILTY ON DOCKET NUMBER 051409 OUT OF SUFFOLK SUPERIOR COURT FOR POSSESSION OF A FIREARM ON 4/8/85, GUILTY ON DOCKET NUMBER 049599 OUT OF SUFFOLK SUPERIOR COURT FOR ARMED ROBBERY ON 7/3/86. ADA MATT MACHERA WAS NOTIFIED AND DETERMINED THAT MR. EARL CHARLEY WOULD BE CHARGED WITH 269:10G IN SUFFOLK SUPERIOR COURT. ADA MACHERA WAS FAXED A COPY OF THIS REPORT.

| UNIT ASSIGNED | TOUR OF DUTY | REPORTING OFFICER'S NAME | REPORTING OFFICER'S SIGNATURE | REPORTING OFFICER'S ID | PARTNER'S ID | FI |
|---|---|---|---|---|---|---|
| BK02A | 1 | JON-MICHAEL S. HARBER | | 11129 | 11413 | NO |

| DATE OF REPORT | SPECIAL UNITS NOTIFIED(REPORTING) | | | TELETYPE NO. |
|---|---|---|---|---|
| 09/28/03 | DRUG CONTROL UNIT TOW LOT | | | |

| TIME COMPLETED | PATROL SUPERVISOR NAME | PAT. SUP. ID | DUTY SUP. NAME | DUTY SUP. SIGNATURE | DUTY. SUP. ID |
|---|---|---|---|---|---|
| 06:25 AM | GERARD W BAILEY | 10502 | DAVID E FLAHERTY | | 10533 |