**EXHIBIT B**



# The Commonwealth of Massachusetts
## Executive Office of Health and Human Services
## Department of Public Health
## State Laboratory Institute
### 305 South Street
### Boston, MA 02130-3597
### 617-983-6622

Mitt Romney
Governor

Ronald Preston
Secretary

Christine C. Ferguson
Commissioner

DATE RECEIVED: 10/01/2003
DATE ANALYZED: 10/30/2003

NO. 662192
I hereby certify that the vegetable matter
Contained in 8 plastic bags                             MARKED: 662192
Submitted by P.O. WM. DONNELLY of the BOSTON POLICE DEPT.

Has been examined with the following results:
The vegetable matter was found to contain:
Marijuana, as defined in Chapter 94 C, Controlled Substance Act,
Section 31, Class D.

8 similar items were received and 1 was randomly selected
and analyzed.

DEFENDANT: CHARLEY, EARL

ASSISTANT ANALYST  Xiu Ying Gao

Sworn and subscribed to before me this day, October 30, 2003
I know the subscriber to be an assistant analyst of the Massachusetts
Department of Public Health.

My Commission Expires  August 25, 2006

NOTARY PUBLIC

Chapter 111, Section 13 of the General Laws
This certificate shall be sworn to before a Justice of the Peace or Notary Public, and the jurat shall contain a statement that the subscriber is the analyst or assistant analyst of the department. When properly executed, it shall be prima facie evidence of the composition, quality, and the net weight of the narcotic or other drug, poison, medicine, or chemical analyzed, or the net weight of any mixture containing the narcotic or other drug, poison, medicine, or chemical analyzed, and the court shall take judicial notice of the signature of the analyst or the assistant analyst, and of the fact that he/she is such.

Form CSS-63
(3-98)