**EXHIBIT C**

| MASSACHUSETTS UNIFORM CITATION | | | | TYPE OF CITATION MOTOR VEH. ☒ OPER. ☐ OWNER | K 3962774 |
|---|---|---|---|---|---|
| DATE CITATION WRITTEN 092803 | AGENCY CODE BPB | OFFICER ID. NUMBER 11413 | COURT CODE 02 | | |

**VIOLATOR**
- MOTOR VEHICLE LICENSE NO. OF VIOLATOR: 010 58 7553
- STATE: MA | CLASS: D | CDL LICENSE: ☐ YES ☒ NO | RACE: B | SEX: M
- NON-INVENTORY MV SEARCH: ☒ NO ☐ YES
- VIOLATOR NAME (Last): Charley (First): Earl
- DATE OF BIRTH: MM/DD/63
- ADDRESS: 32 Bowdoin Ave
- CITY/TOWN: Dorchester | STATE: MA | ZIP: 02121

**MV**
- PLATE TYPE: PAN | MOTOR VEHICLE REGISTRATION NO.: 6778YM | STATE: MA
- CDL VEHICLE: ☐ YES ☒ NO | HAZARDOUS MATERIAL: ☐ YES ☐ NO
- MAKE AND TYPE: Kia Optima | YEAR: 03 | COLOR: Gray

**OFFENSE(S)**
- DATE OF OFFENSE: 092803
- LOCATION OF OFFENSE: Tremont St / S. Whitney St
- TIME OF OFFENSE: 2:04 ☒ AM ☐ PM | ACCIDENT: ☐ YES ☒ NO

A. CHAP/SEC/SUB: 89/9 | ☐ CRIM ☒ CIVIL | DESCRIPTION OF OFFENSE: Illegal U-TURN | ASSESSMENT: $50

TOTAL DUE: $50

SPEEDING ASSESSMENTS INCLUDE A $25 SURCHARGE FOR THE HEAD INJURY TRUST FUND

OFFICER CHECK ONE ONLY: ☐ ALL CIVIL INFRACTIONS ☐ CRIMINAL APPLICATION ☒ ARREST ☐ WARNING

COURT ADDRESS:
Roxbury Court
85 Warren St
Roxbury MA
02119

OFFICER CERTIFIES: Edward T Dator

VIOLATOR COPY — "PRESS HARD — You are making 5 copies."