**EXHIBIT E**

# Boston Police Department
# Miranda Warning

Name: EARL CHARLEY

Address: 32 Bowdoin Av. #21

Date: September 28th, 2003   Time: 3:07 AM

Before we ask you any questions, you must understand your rights:

You have the right to remain silent. __EC__
                                    initials

Anything you say can be used against you in a court of law or other proceedings. __EC__
                                                                                initials

You have the right to talk to a lawyer for advice before we ask you any questions and to have him/her with you during questioning. __EC__
                                                                                                                                initials

If you cannot afford a lawyer and you want one, a lawyer will be provided for you by the Commonwealth without cost to you. __EC__
                                                                                                                         initials

If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time until you talk to a lawyer. __EC__
                                                                                                                                                     initials

I, __Earl Charley__, have read and understand the above rights as explained to me by __Det. Stephen T. O'Brien__, and I am willing to make a statement at this time without a lawyer being present.

Signed X _Earl Charley_

Witness _[signature] #11890_

Det. _[signature] T. O'Brien_ # 9033

P.O. _Jon Michaels Harber_ #11129

SPD Form 2530 7/91