**EXHIBIT F**



# Boston Police
# DEPARTMENT

## WAIVER OF PROMPT ARRAIGNMENT

I, _Earl Charley_, have been advised of the following legal rights:

1. I have a right to be promptly brought to a district court for arraignment before a judge if the court is in session, and if not, at its next session. I understand that the court is open Monday through Friday 8:30 a.m. to 4:30 p.m., excluding legal holidays.

2. At the arraignment:
   a. I have the right to be represented by an attorney. An attorney will be appointed to represent me if I want one and it is determined that I cannot afford to hire my own attorney;
   b. The court will decide whether or not I will be held on bail pending trial;
   c. The charges brought by the government will be read, and I will have the opportunity to enter my plea;
   d. I will have the opportunity for a judicial determination of probable cause to arrest me, if that determination has not already been made.

3. I understand that no statement I make six or more hours after my arrest will be accepted by the court unless I waive my right to prompt arraignment.

4. I have been informed of my Miranda rights.

I understand each of these rights, and having those rights in mind, I waive my right to prompt arraignment voluntarily and wish to speak to the police.

_Sept. 28th, 2003 3:09 am_          _Earl Charley_
Date and Time                         Signature of Arrestee

X _[signature]_ #11119               _[signature] T. O'Brien_
Signature of Witness                  Signature of Police Officer