**EXHIBIT G**



## Boston Police Department
### Arrest Booking Form

Report Date: 10/07/2003 03:52:45 PM
Booking Status: Verified
Printed By User:

District: 02
UCR Code: 1501

Court of Appearance: Roxbury District Court
Master Name: CHARLEY, Earl
Age: 39
Location of Arrest: Tremont St / S. Whitney St
Booking Name: CHARLEY, Earl
Alias:
Address: 32 BOWDOIN AV 0032 DORCHESTER MA 02121 US



**Charges:**

Unlawful Possession of Firearm (269-10 (h))
Firearm with Altered Serial Numbers; Possession (269-11B)
Unlawful Possession of Ammunition (269-10H)
Possession W/I to Distribute, Class D, Drugs Within 1000' School Zone (94C-32J)
Possession of Class D, Drugs (94C-34)

Booking Number: 03-03463-02
Booking Date: 09/28/2003 03:43

Incident Number: 030524265
Arrest Date: 09/28/2003 02:04

CR Number: 089480-93
RA Number:

| | | |
|---|---|---|
| Sex: Male | Height: 5' 9" | Occupation: Paper Handler |
| Race: Black Non-Hispanic | Weight: 210 | Employer/School: Boston Herald Papers |
| Date of Birth: 11/10/1963 | Build: Medium | Emp/School Addr: |
| Place of Birth: MOBILE AL | Eye Color: Brown | Social Sec Number: ███3 |
| Marital Status: Single | Hair Color: Black | Operators License: ███3 |
| Mother's Name: COX, Jerlean | Complexion: Dark | State: MA |
| Father's Name: CHARLEY, Earl-Lee | | |

Phone Used: Y
Examined at Hospital: N
Examined by EMS: N
Scars/Marks/Tattoos:

Breathalyzer Used: N
Clothing Desc: white tee shirt, black jeans, black shoes

| | | | |
|---|---|---|---|
| Arresting Officer: BPD | 11413 | Gately, Edward L | Cell Number: 9 |
| Booking Officer: BPD | 10441 | Phillips, Myron | Partner's #: 11129 |
| Informed of Rights: BPD | 10441 | Phillips, Myron | Unit #: BK02A |
| Placed in Cell By: BPD | 10441 | Phillips, Myron | Trans Unit #: BG01 |
| Searched By: BPD | 11413 | Gately, Edward L | |

Cautions: NONE
Booking Comments:
Visible Injuries:

Person Notified:
Address:
Notified By:
Relationship:
Phone:
Juv. Prob. Officer:
Notified Date/Time:

Bail Set By:
Bailed By:
Amount:

BOP Check: BPD 11413 Gately, Edward L
Suicide Check: