**EXHIBIT H**

# Boston Police Department
# Miranda Warning

Name: ANTHONY CHARLEY

Address: 32 Bowdoin AV #21

Date: Sept 28th, 2003   Time: 3:44 AM

Before we ask you any questions, you must understand your rights:

You have the right to remain silent. _AC_ initials

Anything you say can be used against you in a court of law or other proceedings. _AC_ initials

You have the right to talk to a lawyer for advice before we ask you any questions and to have him/her with you during questioning. _AC_ initials

If you cannot afford a lawyer and you want one, a lawyer will be provided for you by the Commonwealth without cost to you. _AC_ initials

If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time until you talk to a lawyer. _AC_ initials

I, _ANTHONY CHARLEY_, have read and understand the above rights as explained to me by _Detective Stephen T. O'Brien_ and I am willing to make a statement at this time without a lawyer being present.

Signed X _Anthony Charley_

Witness _SJO'Brien #11890_

BPD Form 2530 7/91