**EXHIBIT J**

TRAFFIC RULES AND REGULATIONS CITY OF BOSTON                                November 1, 2003

### Section 12A. Obedience to Lane Control Devices

Where official traffic control devices are erected directing specific vehicles to use a designated lane or lanes for traffic moving in a particular direction, regardless of the center of the roadway, or to prohibit a turn or to make a required turn at an intersection of roadways, drivers of vehicles shall obey the direction of every such device. For example: Right lane must turn right and left lane must turn left!

:                                              **Section 13. U-Turns Regulated**

No driver shall turn a vehicle so as to proceed in the opposite direction unless such turn can be made without backing up and without causing any approaching driver to slacken speed or change his/her course.

### Section 14. U Turns Prohibited

No driver shall make a U turn, where prohibited by an official traffic sign, signal, marking or other device, erected and maintained, or caused to be made, erected and maintained by the Commissioner of Transportation

### Section 15. Obedience to Traffic Control Signals

Color and arrow indications in traffic control signals shall have the commands ascribed to them in this Section, and no other meanings, and every driver of a vehicle, railway car, or other conveyance shall comply therewith, except when otherwise directed by an officer or by a lawful traffic regulating sign (other than a "stop" sign), signal, marking, or device.

In no case shall a driver enter or proceed through an intersection without due regard to the safety of other persons within the intersection, regardless of what indication may be given by traffic control signals.

1.   STEADY GREEN indications have the following meanings:

    a.   Drivers facing a STEADY CIRCULAR GREEN indication may proceed straight through or turn right or left, unless a sign at such place prohibits either such turn. Drivers turning right or left shall yield the right-of-way to other vehicles and to pedestrians lawfully within the intersection or an adjacent crosswalk at the time such indication is exhibited.

    b.   Drivers facing a STEADY GREEN ARROW indication shown alone or in combination with another indication, may cautiously enter the intersection only to make the movement indicated by such arrow, or such other movement as is permitted by other indications shown at the same time. Such drivers shall yield the right-of-way to pedestrians lawfully within an adjacent crosswalk and to other traffic lawfully using the intersection.

2. STEADY YELLOW indications have the following meaning:

    Drivers facing a STEADY CIRCULAR YELLOW OR YELLOW ARROW indication are thereby warned that the related green movement has terminated, and that a red indication will be exhibited immediately thereafter and drivers shall not enter the intersection.

3. STEADY RED indications have the following meanings:
    a.   Drivers facing a STEADY CIRCULAR RED indication alone shall stop at a clearly marked stop line, but if none, before entering the crosswalk on the near side of the intersection, or if none, then before entering the intersection, and shall remain standing until an indication to proceed is shown except as provided in 3c below.

    b.   No driver of a vehicle facing a STEADY CIRCULAR RED indication shall at those intersections or intersectional approaches make a right turn, or a left turn from a one-way street into another one-way street, where official traffic signs are installed and maintained prohibiting such turn.

    c.   Drivers facing a STEADY CIRCULAR RED indication, may, if there is no signage prohibiting said movement, make a right turn, or a left turn from a one-way street into another one-way street, only after bringing the vehicle to a complete stop as provided in 3a above, and then yielding the right-of-way to pedestrians and other traffic proceeding as directed by the signal at said intersection, as is permitted by Section 8 of Chapter 89 of the Massachusetts General Laws.

    d.    Drivers facing a STEADY RED ARROW indication may not enter the intersection to make the movement indicated by such arrow, and unless entering the intersection to make such other movement as is permitted by other indications shown at the same time, shall stop at a clearly marked stop line, but if none, before entering the crosswalk on the near side of the intersection, or if none, then before entering the intersection, and shall remain standing until an indication to make the movement indicated by such arrow is shown.

4.    RED AND YELLOW indications have the following meaning:

    While the RED AND YELLOW lenses are illuminated together, drivers shall not enter the intersection, and during such time the intersection shall be reserved for the exclusive use of pedestrians.

5.    FLASHING SIGNAL indications shall have the following meanings:

    a.    FLASHING RED (stop signal): When a red indication is illuminated with rapid intermittent flashes, drivers of vehicles shall stop at a clearly marked stop line, but if none, before entering the crosswalk on the near side of the intersection, or if none, then at the point nearest the intersecting roadway where the driver has a view of approaching traffic on the intersecting roadway before entering the intersection, and the right to proceed shall be subject to the provisions of Section 8 of Chapter 89 of the General Laws.

    b.    FLASHING YELLOW(caution signal):When a yellow indication is illuminated with rapid intermittent flashes, drivers of vehicles may proceed through the intersection or past such signal only with caution.

    c.    FLASHING GREEN: A flashing green indication shall indicate a drawbridge, pedestrian crosswalk, fire station location, or intersection subject to use at unscheduled intervals. Drivers may proceed only with caution and shall be prepared to comply with a change in the signal to a red, or red and yellow indication.

### Section 16. Through Ways

In accordance with the provisions of Section 9 of Chapter 89 of Massachusetts General Laws, the following ways or parts of ways are hereby designated as "Through Ways":

The list of "ways" referred to in the preceding paragraph is on file at the office of the Boston Transportation Department.

### Section 17. Obedience to Isolated Stop Signs

In accordance with the provisions of Section 9 of Chapter 89 of Massachusetts General Laws, as most recently amended, the following streets are designated as "Stop" streets.

The list of "streets" referred to in the preceding paragraph is on file at the office of the Boston Transportation Department.

### Section 17A. Obedience to Yield Signs

In accordance with the provisions of Section 9 of Chapter 89 of Massachusetts General Laws, as most recently amended, the following streets are designated as "Yield" streets.

The list of "streets" referred to in the preceding paragraph is on file at the office of the Boston Transportation Department.

### Section 18. Driving on Sidewalks

The driver of a vehicle shall not drive on or over any sidewalk except at a permanent or temporary driveway. The driver of a vehicle, prior to driving on or over any such driveway, shall yield the right-of-way to any pedestrian approaching within five (5') feet of such driveway.

### Section 18A. Driving Over Traffic Islands Prohibited

The driver of a vehicle shall not drive on or over any traffic island unless directed to do so by a police officer.

### Section 19. Passing Streetcars

The driver of a vehicle shall not overtake and pass on the left of any streetcar proceeding in the same direction, whether actually in motion or temporarily at rest. This provision shall not apply to one-way streets, nor to streets where the roadway to the right of the streetcar is obstructed other than by vehicles temporarily halted in traffic.

TRAFFIC RULES AND REGULATIONS CITY OF BOSTON                               November 1, 2003

### Section 20. Driving on Streetcar Tracks

No driver of any vehicle proceeding on any streetcar tracks in front of a streetcar shall fail to remove such vehicle from the tracks as soon as practicable after signal from the driver of said streetcar.

### Section 21. Driving Through Safety Zones Prohibited

No driver of any vehicle shall drive over or through a safety zone, except on signal from a police officer.

### Section 22. Emerging from Alley or Private Driveway

The driver of a vehicle emerging from a private road, driveway, or garage, shall stop such vehicle immediately prior to driving upon the sidewalk area extending across such driveway or garage, and where no such sidewalk exists, the stop shall be made at the building or property line as the case may be. Upon entering the roadway the driver shall yield the right-of-way to vehicles approaching on the roadway.

### Section 23. Special Speed Regulations

1. In accordance with the provisions of Section 18 of Chapter 90 of Massachusetts General Laws special speed regulations have been established on the following streets:

The list of "streets or parts thereof" referred to in the preceding paragraph is on file at the office of the Boston Transportation Department.

2. In accordance with the provisions of Section 17 of Chapter 90 of Massachusetts General Laws special school zone speed regulations of twenty (20) miles per hour have been established on the following streets:

The list of "streets or parts thereof" referred to in the preceding paragraph is on file at the office of the Boston Transportation Department.

### Section 24. Rights and Duties in Funeral or Other Processions

1. It shall be the duty of each driver in a funeral or other procession to keep as near to the right edge of the roadway as is feasible to follow the vehicle ahead as closely as is practicable and safe.

2. At an intersection where a traffic control signal is operating or a stop sign or yield sign is located, the driver of the first vehicle in a funeral or other procession shall be the only one governed by the traffic signal indication or the stop or yield sign.

### Section 25. Operation at Underpasses or Overpasses and at Intersections with Islands

At any junction or crossing of ways where the roadway grades have been separated or where the ways are connected by ramps or at intersections of ways in which there are traffic islands, drivers of vehicles shall proceed only as indicated by official signs, signals, markings, or devices.

### Section 26. Operation of Horse-Drawn Carriages

1. No owner shall begin operation until he/she has obtained the necessary license and paid the required fee to the Boston Police Department and also obtain a Horse-Drawn Carriage Stand as approved by the Boston Police Department and the Transportation Department.

Each "Stand" will be designated by a minimum of two (2) signs which will be paid for at the then existing fee set for a "Loading Zone" sign by the Boston City Council.

2. No driver of any horse-drawn carriage shall operate any carriage under his/her control between the hours of seven (7:00) A.M. and nine (9:00) A.M. and between the hours of four (4:00) P.M. and six (6:00) P.M. of any day except Saturday, Sunday or legal holiday.

3. No driver of any horse-drawn carriage shall operate any carriage under his/her control other than as closely as possible to the right-hand edge or curb of the roadway.