**EXHIBIT K**

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 03-10387-DPW |
| | ) |
| EARL CHARLEY | ) |

## AFFIDAVIT WINFRED MEADOWS-MARQUEZ

I, Winfred Meadows-Marquez, being duly sworn, hereby state as follows:

1. I am employed as an Investigator on the staff of the Federal Defender's Office in Boston, Massachusetts.

2. I have examined the outbound side of Huntington Avenue in Boston beginning at the intersection of Tremont and Huntington and continuing until Pat Flanagan's on Huntington Avenue. I observed no sign prohibiting U-Turns on this side of Huntington Avenue.

Signed and sworn under the pains and penalties of perjury this 9th day of June, 2004.

WINFRED MEADOWS-MARQUEZ