**EXHIBIT N**

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 03-10387-DPW |
| | ) |
| EARL CHARLEY | ) |

### AFFIDAVIT RENITA CHARLEY

I, Renita Charley, being duly sworn, hereby state as follows:

1. I am Earl Charley's sister.

2. The day [~~Several days~~] after Earl's arrest on September 28, 2003, I picked up Earl's Kia Optima from police custody.

3. After I retrieved the car from the police, I observed a Christmas Tree style air freshener hanging from the rear view mirror. I also observed a block style air freshener in the front driver's side area. Both air fresheners smelled.

4. Since I retrieved the car I have retained the two air fresheners.

Signed and sworn under the pains and penalties of perjury this 18 day of May, 2004.

*Renita Charley*
RENITA CHARLEY

O:\LTS\Charley\affrenata.wpd