# EXHIBIT 3

Case 1:03-cr-10387-DPW    Document 21-6    Filed 07/07/2004    Page 1 of 5

CHARLEY, EARL JR.
DOB: 11/10/63

**PRIOR RECORD:** Page 1

| DATE: | OFFENSE: | COURT: | DISPO: |
|---|---|---|---|
| 7/27/81 | Firearm ID Card<br>Dkt.#602981 | Roxbury District | cont. 9/16/81, guilty, prog., terrm. |
| 5/9/83 | Assault & Battery Dang. Weapon<br>Dkt.#4647 | Roxbury District | cont. 6/6/83, dism |
| 6/3/83 | False Alarm<br>Dkt.#C35431 | Dedham District | cont. 6/28/83, cont. w/out finding, 12/28/83, court costs, paid, dism |
| 6/14/83 | Illegitimate<br>Dkt.#D7965 | Dorchester District | adj, before/after, default, 9/9/83, default rem'd., 30 days susp. sent., 10/21/83, default, (3), default rem'd., cont. 7/16/90, filed |
| 7/18/83 | Breaking & Entering Night<br>Dkt.#7006-07<br>2 counts | Roxbury District | cont. 8/12/83, dism |
| 12/7/83 | Robbery<br>Dkt.#46084-85<br>2 counts | Dorchester District | cont. 1/10/84, dism |
| 8/9/84 | Armed Robbery<br>Dkt.#47393 | Dorchester District | 10/10/84, default rem'd., bound over |
| 10/31/84 | Assault Dang. Weapon<br>Dkt.#8402CR4525 | Roxbury District | cont. 1/21/85, pcbo |

CHARLEY, EARL JR.
DOB: 11/10/63

PRIOR RECORD:      Page 2

| DATE: | OFFENSE: | COURT: | DISPO: |
|---|---|---|---|
| 11/13/84 | Robbery<br>Dkt.#046087-88<br>2 counts | Suffolk<br>Superior | cont. 3/6/85, dism |
| 11/28/84 | Armed Robbery<br>Dkt.#049599 | Suffolk<br>Superior | cont. 7/3/86,<br>comm., 20 yrs |
| 2/11/85 | Assault & Battery Dang.<br>Weapon<br>Dkt.#049992 | Suffolk<br>Superior | cont. 7/3/86,<br>comm., 10 yrs<br>comm |
| 4/8/85 | Assault Dang. Weapon<br>Dkt.#051410-13<br>4 counts | Suffolk<br>Superior | 10/15/86, 5 yrs<br>MCIC |
|  | Firearm Viol. (Unl<br>Carry)<br>Dkt.#051409 | Suffolk<br>Superior | same dispo |
| 9/1/88 | Escape<br>Dkt.#882599 | West Roxbury<br>District | guilty, filed |
| 9/18/90 | Compulsory Insurance<br>Viol.<br>Dkt.#9002CR7609B | Roxbury<br>District | court costs, paid<br>2/21/91, dism |
| 5/22/92 | Poss of Ammunition<br>Dkt.#9207CR4066B | Dorchester<br>District | cont. 6/22/92, dism |
|  | Poss Class B Cont.<br>Subs.<br>Dkt.#9207CR4066A | Dorchester<br>District | cont. 6/22/92,<br>guilty, 90 days<br>comm., susp. sent.,<br>6/22/93, victim<br>witn. fee, appeal |
| 6/22/92 | Poss Class B Cont.<br>Subs.<br>Dkt.#9207JC0367A | Dorchester<br>6 Man | cont. 8/5/92,<br>appeal withdrawn,<br>guilty, 90 days<br>susp. sent., prob.,<br>6/22/92, term. |
| 11/20/01 | Assault & Battery Dang.<br>Weapon<br>Dkt.#0107CR7536C | Dorchester<br>District | cont. 2/1/02, dism |
|  | Assault & Battery<br>Dkt.#0107CR7536B | Dorchester<br>District | same dispo |

**CHARLEY, EARL JR.**
DOB: 11/10/63

**PRIOR RECORD:**        Page 3

| DATE: | OFFENSE: | COURT: | DISPO: |
|---|---|---|---|
|  | Assault to Kill<br>Dkt.#0107CR7536A | Dorchester District | same dispo |
| 1/28/02 | Poss of Ammunition<br>Dkt.#0111143005 | Suffolk Superior | cont. 5/28/03, not guilty |
|  | Poss Dang. Weapon<br>Dkt.#0111143004 | Suffolk Superior | same dispo |
|  | Assault & Battery<br>Dkt.#0111143003 | Suffolk Superior | same dispo |
|  | Assault & Battery Dang. Weapon<br>Dkt.#0111143002 | Suffolk Superior | same dispo |
|  | Armed Assault<br>Dkt.#0111143001 | Suffolk Superior | same dispo |
| 9/29/03 | Poss Class D Cont. Subs.<br>Dkt.#0302CR004859G | Roxbury District | cont. 11/25/03 Dism, Indicted |
|  | Poss to Dist. Class D<br>Dkt.#0302CR004859F | Roxbury District | same dispo |
|  | Control Subs. School<br>Dkt.#0302CR004859E | Roxbury District | same dispo |
|  | Firearm Viol.<br>Dkt.#0302CR004859C-D<br>2 counts | Roxbury District | same dispo |
| 9/29/03 | Poss of Firearm<br>Dkt.#0302CR004859A-B<br>2 counts | Roxbury District | cont. 11/25/03 Dism, Indicted |

Outstanding warrants:

**CHARLEY, EARL JR.**
DOB: 11/10/63

PRIOR RECORD:       Page 4

| DATE: | OFFENSE: | COURT: | DISPO: |
|---|---|---|---|
| 11/19/03 | Firearm Carry w/out Lics.; Possess Firearm W/out FID Card; Receive Firearm W/Defaced No.; Poss to Dist. Class D Drug; Drug Viol. near School/Park | Suffolk Superior | outstanding warrant |

*****NOTE:** Warrant listed as outstanding in Suffolk Superior Court was recalled on 11/26/03.