# EXHIBIT 7

**Mass.***Gov*   • mass.gov home •   online services •   state agencies                SEARCH MASS.GOV

*Massachusetts Registry of Motor Vehicles*

# mass.gov/rmv

*The Registry. Online.*

| Home | Site Map | Forms | Driver's Manual | FAQ's | News | Transactions |

## Save Time...

How may we help you?  ▼  GO                                Search [          ]  GO

## Online Driver's Manual

Search [Driver's Manual ▼] for [          ]  Go

**Note**: All driver's manual files are in PDF format and require Adobe Acrobat Reader which can be downloaded for free from Adobe.com.



**Rev. 9/2003**

You may download the full manual below or jump to a specific section by clicking a heading on the right.

Full Manual (2.26MB)

# Index

- Introduction & Table of Contents

- Chapter 1 Obtaining Your License

- Chapter 2 Keeping Your License

- Chapter 3 Safety First

- Chapter 4 Rules of the Road

- Chapter 5 Special Driving Situations

- Chapter 6 Owning a Vehicle

- Appendices

  A.  Acceptable Forms of Identification

  B.  Mass ID and Mass Liquor ID

  C.  Parties to the 1949 Road Traffic Convention and the 1943 Inter-American Automotive Traffic Convention

  D.  Sample Permit Written Tests

### Turns on Red

After coming to a complete stop at a red traffic light, you are allowed to turn *right* on red after giving the right-of-way to pedestrians and other vehicles, unless a **NO TURN ON RED** sign is posted. You may turn *left* on red following the same rules *only* if you are turning from a one-way street onto another one-way street.



Right turn



Left turn from a two-way road to a two-way road



Left turn from a two-way road to a one-way road



Left turn from a one-way road to a two-way road

### U-Turns

A U-turn is a tight left turn that puts you in the opposite direction in which you were just travel-ing.



Unless a **NO U-TURN** sign is posted, you are allowed to make a U-turn as long as your path is clear and it is safe to do so.

- You may only make a U-turn from the lane closest to the center line.
- Make sure you have enough room to com-plete the turn. Don't create a hazard for oncoming vehicles.
- Do not attempt a U-turn at the crest of a hill,

