AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## DISTRICT OF MASSACHUSETTS

US v. Earl Charley II

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 03cr10387-DPW

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Woodlock | AUSA Chris Bator | Jenkins |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 8/11/04 | Joyce | Greenberg |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 8/11/04 | | ✓ | Edward Cahly, Boston Police Dept. |
| ✓ | | 8/11/04 | | ✓ | Kenton Charley |
| ✓ | | 8/11/04 | | ✓ | Andrea Walker |
| ✓ | | 8/11/04 | | ✓ | Harry Lawless |
| ✓ | | 8/11/04 | | ✓ | Cicely Langford |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## DISTRICT OF MASSACHUSETTS

US v. Earl Chaney Jr.

**EXHIBIT AND WITNESS LIST**

CASE NUMBER:

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Woodcock | AUSA Chris Bator | |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 6/July | 1 | ✓ | Photo |
| ✓ | | 6/Jul | 2 | ✓ | |
| ✓ | | 6/Jul | 3 | ✓ | |
| ✓ | | 6/Jul | 4 | ✓ | |
| ✓ | | 6/Jul | 5 | ✓ | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of    Pages