# EXHIBIT A

# Boston Police Department
## Miranda Warning

Name: _EARL CHARLEY_

Address: _32 BOWDOIN AV. #21_

Date: _September 28th 2003_ Time: _3⁰⁷ AM_

Before we ask you any questions, you must understand your rights:

You have the right to remain silent. _EC_
<small>initials</small>

Anything you say can be used against you in a court of law or other proceedings. _EC_
<small>initials</small>

You have the right to talk to a lawyer for advice before we ask you any questions and to have him/her with you during questioning. _EC_
<small>initials</small>

If you cannot afford a lawyer and you want one, a lawyer will be provided for you by the Commonwealth without cost to you. _EC_
<small>initials</small>

If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time until you talk to a lawyer. _EC_
<small>initials</small>

I, _EARL CHARLEY_ , have read and understand the above rights as explained to me by _Det. Stephen T. O'Brien_ , and I am willing to make a statement at this time without a lawyer being present.

Signed X _Earl Charley_

Witness _SM Lunt #11895_

_1st. Stephen J. O'Brien #9033_

_P.O. Jon Michaels Harper #11129_

SPO Form 2530 7/91

**EXHIBIT B**

TOTAL P.01



# **Boston Police**
# D E P A R T M E N T

## WAIVER OF PROMPT ARRAIGNMENT

I, _Earl Charley_, have been advised of the following legal rights:

1. I have a right to be promptly brought to a district court for arraignment before a judge if the court is in session, and if not, at its next session. I understand that the court is open Monday through Friday 8:30 a.m. to 4:30 p.m., excluding legal holidays.

2. At the arraignment:

   a. I have the right to be represented by an attorney. An attorney will be appointed to represent me if I want one and it is determined that I cannot afford to hire my own attorney;

   b. The court will decide whether or not I will be held on bail pending trial;

   c. The charges brought by the government will be read, and I will have the opportunity to enter my plea;

   d. I will have the opportunity for a judicial determination of probable cause to arrest me, if that determination has not already been made.

3. I understand that no statement I make six or more hours after my arrest will be accepted by the court unless I waive my right to prompt arraignment.

4. I have been informed of my Miranda rights.

I understand each of these rights, and having those rights in mind, I waive my right to prompt arraignment voluntarily and wish to speak to the police.

_Sept. 28th, 2003  3:09 am_
Date and Time

X _____ #11139
Signature of Witness

_Earl Charley_
Signature of Arrestee

_Joseph T. O'Brien_
Signature of Police Officer