UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                                       )
        V.                      )  CRIMINAL NO. 03-10387-DPW
                                       )
EARL CHARLEY, JR.           )

## **STATUS REPORT**

The parties submit the following status report:

1. The defendant, with the assent of the government, requests that a further status conference be scheduled in two weeks. The defendant seeks the additional time to make a final decision whether to change his plea or go to trial.

2. The parties jointly request that the time between January 12, 2005, and the next status conference be excluded from speedy trial calculations.

3. There are no pending motions. The parties will report to the Court concerning contemplated motions at the status conference in two weeks.

4. The defendant does not request a translator.

5. No other matters need be addressed at the status conference.

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
Earl Charley, Jr.                  United States Attorney
by his counsel,

/s/Leo Sorokin, Esq.             By:  /s/CHRISTOPHER F. BATOR
Federal Defender's Office          Assistant U.S. Attorney
408 Atlantic Avenue, 3rd Floor
Boston, MA 02110                   Date: January 12, 2005