UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 03-10387-DPW |
| ) | |
| EARL CHARLEY ) | |

ASSENTED-TO MOTION
TO CONTINUE STATUS CONFERENCE AND SET RULE 11 DATE

Defendant, Earl Charley, hereby moves to continue the status conference scheduled for January 25, 2005 and schedule a Rule 11 hearing for February 14, 2005 at 3:30 p.m.  As grounds, counsel states that the parties need the additional time to conclude their Rule 11 discussions.  Defendant requests the exclusion of time from January 25, 2005 until February 14, 2005 under the Speedy Trial Act as in the interests of justice.  AUSA Chris Bator has indicated his assent to this motion.

                                EARL CHARLEY
                                By his attorney,


                                /s/ Leo Sorokin
                                Leo Sorokin
                                   B.B.O. #559702
                                Federal Defender Office
                                408 Atlantic Ave., 3rd Floor
                                Boston, MA  02110
                                Tel: 617-223-8061