UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 03-10387-DPW |
| ) | |
| EARL CHARLEY ) | |

NOTICE OF APPEARANCE

Assistant Federal Defender Miriam Conrad hereby files her appearance on behalf of defendant Earl Charley.

/s/ Miriam Conrad
Miriam Conrad
  B.B.O. # 550223
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel:  617-223-8061

Date: March 17, 2005