UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 03-10387-DPW |
| ) | |
| EARL CHARLEY, JR. ) | |

STATEMENT OF RELEVANT FACTS
PURSUANT TO F.R.Cr.P. 32(b)(4)

As its statement of relevant facts and submission of other relevant documents pursuant to F.R.Cr.P. 32(b)(4), the United States submits the attached copy of its Opposition To The Motion To Suppress in this case with exhibits.  (See in particular the "Relevant Facts" section of the Opposition).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/CHRISTOPHER F. BATOR
Assistant U.S. Attorney

Date: April 15, 2005


CERTIFICATE OF SERVICE

I, CHRISTOPHER F. BATOR, certify that I have served a copy of the above upon U.S. Probation Office by hand and Miriam Conrad, Esq., Federal Defender Office, 408 Atlantic Avenue, Third Floor, Boston, MA 02110 by first class mail.

/s/CHRISTOPHER F. BATOR
Assistant U.S. Attorney

Date: April 15, 2005