UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO. 03-10387-DPW |
| ) | |
| EARL CHARLEY ) | |

<u>NOTICE OF APPEARANCE</u>

Assistant Federal Defender Timothy G. Watkins hereby files his appearance on behalf of defendant Earl Charley.  The undersigned is substitute counsel for Federal Defender Miriam Conrad, Esq., who has reassigned the case to the undersigned.

                  EARL CHARLEY
                  By his attorney,


                  /s/ Timothy G. Watkins
                  Timothy G. Watkins
                    B.B.O. # 567992
                  Federal Defender Office
                  408 Atlantic Avenue, 3rd Floor
                  Boston, MA  02110
                  Tel: 617-223-8061