```
                    UNITED STATES DISTRICT COURT

                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )
                               )
       v.                      )   CRIMINAL NO. 03-10387-DPW
                               )
EARL CHARLEY                   )
```

NOTICE OF WITHDRAWAL

_____Undersigned counsel hereby moves to withdraw as counsel for Defendant, Earl Charley.

   As grounds for this motion, counsel states that she will be assuming her new duties as Director of the Federal Defender Office.

```
                               EARL CHARLEY
                               By his attorney,


                               /s/Miriam Conrad
                               Miriam Conrad
                                  B.B.O. # 550223
                               Federal Defender Office
                               408 Atlantic Ave., 3rd Floor
                               Boston, MA  02110
                               Tel: 617-223-8061
```

May 16, 2005

_____


_____