# EXHIBIT A

AUG 2 3

August 18, 2005

Federal Defender's Office
District of Massachusetts
400 Atlantic Ave., 3rd floor
Boston, MA 02110

Attention:   Mr. Tim Watkins

Dear Mr. Watkins,

My name is Pearl Ellis and I have lived in Boston for about forty (40) years. I have known and been a friend to Mr. Earl Charley since 1966.

Mr. Earl Charley has many strengths and are capable of doing the right thing. He worked hard to make a living. I recommend Mr. Earl Charley to be released to care for his mom and children. Especially, his children. The children are in need for a father at this time. After all of that, I ask you to please consider him being released and if I can be of any assistance, please let me know. You can reach me at 617-298-8174. Again, I thank you for reading this short letter.

I remain,

Pearl Ellis

Hi Jude Woodlock!

I'm writing you this letter in regards to my brother Earl Charley. Which is a very good person, i know that you may say that everyone would say that their brother or sister is a good person. Judge Woodlock my brother have made mistakes in his pass, but he has change his life style around. Jude Woodlock my brother is a good father to his childrens, he works hard to provide for them, they need him home to help their mother which is sick and having a hard time providing for them. You may say this is not your problem, but it's in your hands. I know that he had a gun in his present, but it's not like he run around shooting people & taking their lives liker these boys are doing today. Judge Woodlock could you find it in your heart to give my brother a chance to prove to you and society that he is a better man today. Would you please consider releasing Earl with time served

Stay out of trouble. Thank you for taking the time out to read my letter.

*Benito Shirley*

Dear Judge Woodlock
my name is Hakeem I am seven years old. My daddys name is Earl Charley. I miss him so much, I miss doing pleases with him and doing things with him. I miss not seeing him when I come home from school. I have a little sister, her name is Shardy she misses him to. my mom tries to take us places but she has very bad feet, they hurt all the time my dad has been gone a long time now I wish I could play basketball with him and walk and talk to him, hug and kiss him Please let my dad come home to us. Please I love and miss him.

Thank you
Hakeem Ricken

*To the judge*

Yalonda Miller

2511 lamborne blvd
Louisville KY, 40272

502)296-9318
(502)995-6842
ylouisv@aol.com

April 18, 2005

Dear judge
My name is Yalonda Miller and I'm in Louisville KY. , I am writing on behave of Earl Charley .I have known Earl for more then 25 yrs, He has always been a very special friend .even though I don't live in Boston anymore. We are still very close. We talk on the phone and exchange picture of our familys. When I visit Boston I stay with Earl or his sister Renita .I am very close with the whole family. I respect Earl; he was getting his self together and taking care of his children. He needs to be there for his children .Their mother is very ill and anything can happen .where she won't be able to take care of them anymore .I truly believe that kids should have both parents in their life. Earl is a good person. People make mistakes but they can change. I truly believed Earl has changed. He has a responsibility to his kids and needs to be there for them. They need him. Earl and I have a good relationship .we have even talk
About me moving back to Boston transferring my job to help him out with his children

*Yalonda R Miller*
april 18, 2005

To whom it may concern:

Earl Charley has had early childhood problems like any other teenager or young adult. Since Earl last incarseration, he has been carfully assessing the quality of his life, and day by day trying to improve his life. However Earl has always felt the need to protect himself, because the invironment he lives in which he is paying very dearly for. However before this mistake he was taking care of his children, working trying to buy a house and trying to live like a good citizen.

Tyrone Smith

Dear Judge Wolfe, I am writing this letter to you on behalf of my Brother Earl. I'm not writing to ask you to condone or Earl's wrong doing I'm just writing to you and his children, Earl isn't the one that did this crime. But I'm asking you to please send it on looking at this little Ellyson, you have to go a had known Earl is not a bad person and a here more some bad choses. He made some bad choses. He is a great Big But will He is a great brother. He also is a great almost Dad. He also is a great almost Dad. He also always did almost for us, for that, and I really believe Earl has learn a lesson because He no matter what, he will be away from his kids and they has a lesson, and He will be away from his kids and Hay Hay

willing when is coming home. I just hope that will bring you closer for Earl. I will not tell to me the way from the first time we did and I just want would be my thanks for reading my letter.

Your Truly,
Janelle