Prob12A
(7/93)

# United States District Court
## for the District of Massachusetts
### Report on Offender Under Supervision

**Name of Offender:** Earl Charley                                    **Case Number:** 03-CR-10387-001

**Name of Sentencing Judicial Officer:** Honorable Douglas P. Woodlock, U.S. District Judge

**Date of Original Sentence:** 12/12/2005

**Original Offense:** Unlawful Possession of Firearms, in violation of Title 18 U.S.C. § 922(g)(1)

**Original Sentence:** 48 months' custody to be followed by 36 months' supervised release

**Type of Supervision:** Supervised Release                    **Date Supervision Commenced:** 3/23/2007

---

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| I | **Violation of Mandatory Condition: While on supervised release, the defendant shall not commit another federal, state or local crime.** |

On November 11, 2007, Mr. Charley was charged at West Roxbury District Court with Ct. 1: Operating Under the Influence and Ct. 2: Marked Lanes Violation. On December 28, 2007, the first count was dismissed at the request of the Commonwealth. As for second count, Mr. Charley was found not responsible.

U.S. Probation Officer Action:    The Probation Office recommends no action by the Court at this time. The Probation Office will continue to closely monitor Mr. Charley's case.

Reviewed/Approved by:                                    Respectfully submitted,

By

_____                                    _____
Joseph La Fratta                                             Doris C. Fitzpatrick
Supervising U.S. Probation Officer                           U.S. Probation Officer
                                                             Date: 4/1/2008

---

[X] Approved
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

_____
Date  April 4, 2008